IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JORDAN BRANSTETTER, | ) | CV 20-00573 HG-WRP |
| Plaintiff, | ) | |
| vs. | ) | |
| ZETHUS LORENZO, | ) | |
| Defendant. | ) | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY WITHOUT PREJUDICE PLAINTIFF'S FIRST MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANT LORENZO IN HIS INDIVIDUAL CAPACITY (ECF No. 50)</u>

Findings and Recommendation having been filed and served on all parties on March 14, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Deny Without Prejudice Plaintiff's First Motion for Default Judgment as to Defendant Lorenzo in his Individual Capacity" (ECF No. 50) are adopted as the opinion and order of this Court.

DATED: April 6, 2022, Honolulu, Hawaii

IT IS SO ORDERED.



Helen Gillmor
United States District Judge

<u>Jordan Branstetter v. Zethus Lorenzo</u>; CV 20-00573 HG-WRP; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY WITHOUT PREJUDICE PLAINTIFF'S FIRST MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANT LORENZO IN HIS INDIVIDUAL CAPACITY (ECF No. 50)**