IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JORDAN BRANSTETTER, | ) | CV 20-00573 HG-WRP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ZETHUS LORENZO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF'S RENEWED MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT AS TO DEFENDANT LORENZO IN HIS INDIVIDUAL CAPACITY (ECF No. 57)

The Magistrate Judge's Findings and Recommendation (ECF No. 57) having been filed and served on all parties on July 12, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant In Part and Deny In Part Plaintiff's Renewed Motion for Entry of Default Final Judgment as to Defendant Lorenzo in his Individual Capacity" (ECF No. 57) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: August 2, 2022, Honolulu, Hawaii.

Helen Gillmor
United States District Judge