# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| JORDAN BRANSTETTER, | **DEFAULT JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| V. | Case: CV 20-00573 HG-WRP |
| | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| ZETHUS LORENZO, | August 2, 2022 |
| Defendant(s). | At 4 o'clock and 58 min p.m. PAM HARTMAN BEYER, CLERK |

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Default Judgment is entered against Defendant ZETHUS LORENZO pursuant to the "Findings and Recommendation to Grant in Part and Deny in Part Plaintiff's Renewed Motion For Entry of Default Final Judgment as to Defendant Lorenzo in His Individual Capacity" filed July 12, 2022, ECF No. 57 and the "Order Adopting Findings and Recommendation to Grant in Part and Deny in Part Plaintiff's Renewed Motion For Entry of Default Final Judgment as to Defendant Lorenzo in His Individual Capacity" filed August 2, 2022, ECF 58.

    Plaintiff is awarded $50,000 in hedonic damages; $150,000 for past pain and suffering; $16,994.76 in attorney's fees; and that Plaintiff's request for costs be DENIED WITHOUT PREJUDICE to Plaintiff filing a Bill of Costs that complies with Local Rule 54.1.

| | |
|---|---|
| August 2, 2022 | PAM HARTMAN BEYER |
| Date | Clerk |
| | /s/ PAM HARTMAN BEYER by J.O. |
| | (By) Deputy Clerk |